IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number: 18-CR-40066-JPG-4 |
| ) | |
| JORDAN D. VUICHARD, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

THIS CAUSE came on for consideration upon the government's motion pursuant to 18 U.S.C.§§ 3613(a) (Doc. 219) requesting the Court to enter an Order authorizing the Bureau of Prisons to turn over to the Clerk of Court funds held in the inmate trust account for the above-mentioned defendant as payment for the criminal monetary penalty imposed in this case. The defendant has not responded to the motion.

As set forth in the government's motion, the Bureau of Prisons maintains in its possession, custody, or control $520.57 in encumbered funds belonging to the defendant that are currently in the defendant's trust account. Defendant's debt balance is currently $175.00. At this time, there is no reason to conclude that the Bureau of Prisons has done anything with said funds and for the reasons stated in the motion, the Court concludes that cause exists to grant the motion, and, therefore, it is hereby **GRANTS** the Motion of United States of America to Authorize Payment from Inmate Trust Account (Doc. 219); and further **ORDERS** that the Bureau of Prisons is authorized to turnover to the Clerk of Court, and the Clerk of Court shall accept, $175.00 in funds currently held in the trust account for the following inmate:

    Jordan D. Vuichard
    Reg. No. 14195-025
    FCI Oxford
    P.O. Box 1000
    Oxford, WI 53952

The Clerk shall apply these funds as payment towards the criminal monetary penalties owed by the defendant in this case.

Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201.  The Plaintiff is to provide a copy of this Order to the Bureau of Prisons.

**Dated:   April 5, 2023**

                                                    s/ J. Phil Gilbert
                                                   **J. PHIL GILBERT**
                                                   **United States District Judge**